**Order entered January 17, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01057-CV

### REBECCA TOOMER, Appellant

### V.

### ARNS INVESTMENTS LLC, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-04167-E**

## ORDER

The clerk's record in this case is overdue. By postcard dated November 1, 2016, we notified the Dallas County Clerk that the clerk's record was overdue. We directed the County Clerk to file the record within 30 days. In response, the Dallas County Clerk notified the Court the record had been prepared but not filed because appellant had not paid for the clerk's record. However, our records indicate appellant filed a statement of inability to pay in the trial court.

Accordingly, we **ORDER** Dallas County Clerk John Warren to file, within **TEN DAYS** of the date of this order, either (1) the clerk's record, or (2) written verification that appellant is not indigent and has not paid for or made arrangements to pay for the record. *We notify appellant that if we receive verification she is not indigent and has not paid for or made*

*arrangements to pay for the record, we will, without further notice, dismiss the appeal.  See* TEX.

R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to:

John Warren
Dallas County Clerk


/s/     CAROLYN WRIGHT
        CHIEF JUSTICE